## MARY SMITH v. SARAH HORSEY, now Robinson.

Court of Common Pleas.   November, 1793.

*Wilson's Red Book, 10.*\*

It was shown at the trial that drunkenness will not excuse a crime committed—nor will it make void a civil contract unless the person is made drunk in order to deceive him or is some way cheated.  *Vide* Bl.Comm.

Verdict for the plaintiff, £30 damages.

What gifts are fraudulent, *vide* 3 Co. 82.